UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. _1:21-CR-10_ |
| ) | |
| v. ) | JUDGES _McDonough/Lee_ |
| ) | |
| ANDREW CALHOUN, a.k.a. ) | |
| ANDREW CALHOUNXAYADETH ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney James T. Brooks, certifies that the instant prosecution was a matter or a case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

                                                J. DOUGLAS OVERBEY
                                                United States Attorney

By: _/s/ (signature) for_
JAMES T. BROOKS, BPR #021822
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
james.brooks@usdoj.gov