# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Chattanooga, Hamilton

Defendant Information:

Juvenile \_\_\_\_ Yes **X** No     Matter to be Sealed: **X** Yes \_\_\_\_ No

Defendant Name **ANDREW CALHOUN, a.k.a. ANDREW CALHOUNXAYADETH**

Interpreter: No **X** Yes \_\_\_\_ Language \_\_\_\_

Total # of Counts: \_\_\_\_ Petty \_\_\_\_ Misdemeanor (Class \_\_\_\_) **1** Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) and 2256(8)(A) and 2 - Receipt and Distribution of Child Pornography | 1 |
| Set 2 | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): N/A \_\_\_\_ before Judge \_\_\_\_

Criminal Complaint Filed: No \_\_\_\_ Yes \_\_\_\_ Case No. \_\_\_\_

Related Case(s):

_____
Case Number     Defendant's attorney     How related

## Criminal Informations:
Pending criminal case: No \_\_\_\_ Yes \_\_\_\_ Case No. \_\_\_\_

New Separate Case \_\_\_\_     Supersedes Pending Case \_\_\_\_

Name of defendant's attorney: \_\_\_\_

Retained: \_\_\_\_     Appointed: \_\_\_\_

Date: 02/23/2021     Signature of AUSA: *[signature]*
                                         for James Brooks