# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA


FILED
FEB 23 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 1:21-CR-10 |
| v. ) | |
| ) | JUDGES McDonough/Lee |
| ANDREW CALHOUN, a.k.a. ) | |
| ANDREW CALHOUNXAYADETH ) | |

## ORDER TO SEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that the Indictment and this case be sealed pending the further Order of this Court or another Court of competent jurisdiction. This order does not prohibit the government from providing these documents to law enforcement officials participating in the arrest, and to the defendant after arrest.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

UNITED STATES MAGISTRATE JUDGE