

**FILED**

MAR 08 2021

Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:21-CR-10 |
| v. ) | |
| ) | JUDGES McDonough/Lee |
| ANDREW CALHOUN, a.k.a. ) | |
| ANDREW CALHOUNXAYADETH ) | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through James T. Brooks, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order unsealing all documents including the Indictment in this matter. The defendant has been arrested and the original reasons to seal the file are no longer present.

Respectfully submitted,

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: _____
JAMES T. BROOKS, BPR #021822
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, Tennessee 37402
(423) 752-5140
james.brooks@usdoj.gov