AO 442 (Rev. 11/11) Arrest Warrant


RECEIVED BY: BH
DATE 2-24-2021 TIME: 900
U.S. MARSHAL E/TN
CHATTANOOGA, TN

## UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| United States of America | ) |
| v. | ) |
| ANDREW CALHOUN, a.k.a ANDREW CALHOUNXAYADETH | ) Case No. 1:21-CR-10 TRM/SKL |
| Defendant | ) |

**FILED**
MAR 10 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ANDREW CALHOUN, a.k.a ANDREW CALHOUNXAYADETH ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(2)(A) and 2256(8)(A) and (2) - Receipt and Distribution of Child Pornography

Date: 02/23/2021

*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK

City and state: Chattanooga, TN

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/24/21 , and the person was arrested on *(date)* 3/5/21 at *(city and state)* Sacramento, CA . |
| Date: 3/5/21 |
| *Arresting officer's signature* |
| Samuel K. Moore, Special Agent |
| *Printed name and title* |

11240808

2174-0224-6787-5