UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:21-cr-10-TRM-SKL |
| v. | ) |
| | ) |
| ANDREW CALHOUN | ) |
| | ) |
| | ) |

## WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

I, ___Andrew Calhoun___, an above named defendant, acknowledge that I have been advised by my lawyer and the Court—by this form—that, pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure and the Sixth Amendment to the U.S. Constitution, I have the absolute right to be personally present in open court to be arraigned (that is, advised of the charges against me), and to have the superseding indictment read to me in open court. Understanding my rights, I do hereby freely and voluntarily waive my right to be present at my arraignment and my right to have the indictment read to me in open court. I have received a copy of the indictment and I have discussed the charges contained in the indictment and the waiver of appearance at arraignment with my attorney. I fully understand the nature of the offenses charged against me and the right to appear at arraignment. As evidenced by my signature affixed below, I do hereby waive formal arraignment and enter my plea of **NOT GUILTY** to the indictment. I understand that the Court's entry of my plea will be an acceptance of this waiver.

Date: 3/22/21

_____
Defendant

Date: 3/23/21

_____
Attorney for Defendant